UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

INTERNATIONAL CARGO LOSS
PREVENTION, INC.,

              **Plaintiff,**

    -against-

MEDITERRANEAN SHIPPING COMPANY (USA),
INC., et al.,

              **Defendants.**

-----------------------------------------------------------------X

22-CV-07754 (GHW)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff commenced this action on September 12, 2022, but to date has not requested issuance of an electronic summons. Accordingly, it appears that Defendants have yet to be properly served. Plaintiff is directed to file a letter with the Court informing it of the status of this action no later than December 30, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 21, 2022
                 New York, New York