UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CARGO LOSS PREVENTION, INC.,

                    Plaintiff,

        -against-

MEDITERRANEAN SHIPPING COMPANY (USA) INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

22-CV-07754 (GHW)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2023

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Tuesday, July 18, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourt.gov, by Tuesday, July 11, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:    May 17, 2023
               New York, New York

_____
SARAH NETBURN
United States Magistrate Judge